NUMBER 13-10-00049-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IGNACIO CISNEROS, APPELLANT,


v.



MARTHA IMELDA CISNEROS, APPELLEE. 

_____________________________________________________________


On Appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Benavides and Vela


Memorandum Opinion Per Curiam


 Appellant, Ignacio Cisneros, attempted to perfect an appeal from a judgment
entered by the 197th District Court of Cameron County, Texas, in cause number
2006-12-5712-C. Judgment in this cause was signed on September 9, 2009. No motion
for new trial was filed. Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's
notice of appeal was due on October 9, 2009, but was not filed until January 20, 2010. 

 On February 10, 2010, the Clerk of this Court notified appellant of this defect so that
steps could be taken to correct the defect, if it could be done. Appellant was advised that,
if the defect was not corrected within ten days from the date of receipt of this Court's letter,
the appeal would be dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file, appellant's
failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice,
is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly,
the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See Tex. R. App. P.
42.3(a)(c).


 PER CURIAM

Delivered and filed the 

18th day of March, 2010.